*File No.* 30 of 1822.

UNITED STATES *versus* GEORGE BOYD.

JOURNAL ENTRIES: (1) Sept. 16, 1823: motion by defendant to appear without bail.

PAPERS IN FILE (1823): (1) Precipe for process; (2) capias and return; (3) affidavit for continuance; (4) recognizance, bail piece; (5) declaration.

*File No.* . . . .